# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

In Re: LENORA MCGEE }
}
}   Case No.: 06-70212-CMS-13
}
}
}
        **Debtor**       }

## MOTION TO SET ASIDE DISCHARGE ORDER

**Comes now** the Debtor, Lenora McGee, by and through Marshall Entelisano, the attorney of record, and pursuant to 11 U.S.C.§ 350(b), respectfully requests this Honorable Court to set aside the Discharge order entered on or about June 6, 2006. As for reasons therefore, your debtor states as follows:

1. The case was discharged on or about June 6, 2006.

2. The debtor's intent was to reaffirm the debt with First National Bank of Central Alabama but a reaffirmation agreement was not filed before debtor's case was discharged.

**WHEREFORE, PREMISES CONSIDERED**, your debtor respectfully requests that this Honorable Court will grant the debtor the following relief:

A. Set aside the discharge of debtor to permit the reaffirmation agreement with First National Bank of Central Alabama to be filed; and
B. Grant such other and further relief as is just and equitable.

Respectfully submitted this the 24th day of August, 2006.

/s/ Marshall A. Entelisano
Marshall A. Entelisano, P.C.
Marshall A. Entelisano(ENT001)
Attorney for Debtors
600 Lurleen Wallace Blvd., Suite 270
Tuscaloosa, Alabama 35401
(205) 752-1202

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing pleading on all creditors included in this Chapter 7 plan by placing a copy of the same in the U. S. mail, properly addressed and first class postage pre-paid, and on Donald L. Dionne, Chapter 7 Trustee electronically via CM/ECF this the 24th day of August, 2006.

The First National Bank of
 Central Alabama
c/o Nelson, Dorroh & Newsome, LLC
Attn: Mark C. Nelson
Post Office Box 1788
Tuscaloosa, AL 35403-1788

                              /s/ *Marshall A. Entelisano*
                              **Marshall A. Entelisano (ENT001)**